

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Martha Garza Cowley,

\* From the 318th District Court
of Midland County,
Trial Court No. FM67458.

Vs. No. 11-22-00284-CV

\* May 23, 2024

Michael Glenn Cowley,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Martha Garza Cowley.